FILED

03/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0263

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 06-0263

_____

IN THE MATTER OF THE COURTS OF
LIMITED JURISDICTION

FILED

MAR 2 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

The Montana Supreme Court's Commission on Courts of Limited Jurisdiction met on March 20, 2020. The Commission discussed the request of the Court Administrator's Office to cancel or postpone the statutorily mandated biannual training conference for limited jurisdiction judges, scheduled for April 27-30, 2020, in light of the ongoing COVID 19 Pandemic and governmental responses.

The Commission determined that a postponement to a later date, such as during summer, was not feasible, given that training sessions are scheduled far in advance to allow judges to set court schedules around the dates of the sessions. The Commission also determined that it was not feasible to transfer the training to online platforms in time for the conference. Consequently, after discussion, the Commission voted unanimously to request permission from the Court to cancel the Spring 2020 training conference and grant the judges a waiver from the biannual training requirement, pursuant to Sections 3-10-203(3) and 3-11-204(2), MCA.

Under these statutes, the Supreme Court may waive the attendance of limited jurisdiction judges at training sessions "because of illness, a death in the family, or any other good cause." Good cause appearing because of the COVID 19 Pandemic and governmental responses thereto,

IT IS HEREBY ORDERED that all Montana limited court judges and justices are excused from attendance at the first biannual training session for 2020, scheduled for April 27-30, 2020. Attendance at the second biannual training session for 2020, now scheduled for September 2020, shall remain mandatory except upon the granting of individual waivers by the Commission or until further order of the Court.

The Clerk is directed to provide copies of this Order to the Supreme Court's Commission on Courts of Limited Jurisdiction and to the State Bar of Montana.

DATED this 24th day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices